No. 09–10216. JAHAGIRDAR *v.* UNITED STATES. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to

proceed *in forma pauperis* [560 U. S. 902] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.